AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the
### District of NEVADA

Maurice Holmes
_Plaintiff_

v.

Laboratory Corp. of America Et Al.
_Defendant_

Civil Action No. 2:23-cv-00024-MMD-DJA

FILED / RECEIVED / ENTERED / SERVED ON COUNSEL/PARTIES OF RECORD
JAN 0 5 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Nevada Southern Detention Center.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

N/A

My gross pay or wages are: $ 0 , and my take-home pay or wages are: $ 0 per
*(specify pay period)*

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

4. Amount of money that I have in cash or in a checking or savings account: 

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:



6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:



7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:



N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:



*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 12-21-22

Applicant's signature

Maurice Holmes
*Printed name*

Amt 12.19.22. Williams

A4

# FINANCIAL CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, such as Inmate Services for the Nevada Department of Prisons (NDOC), complete the below Financial Certificate.

I understand that:

(1) if I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. § 2254, the filing fee is $5.00, and that such fee will have to be paid by me if the court denies my *in forma pauperis* application;

(2) if I commence a civil rights action in federal court pursuant to 42 U.S.C. § 1983, the filing fee is $400.00 (which includes the $350 filing fee and a $50 administrative fee), which I must pay in full; and

(a) if my current account balance (line #1 below) is $400.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $400.00 before I will be allowed to proceed with the action;

(b) if I do **NOT** have $400.00 in my account as reflected on line #1 below, before I will be allowed to proceed with an action I will be required to pay 20% of my average monthly balance (line #2 below), or the average monthly deposits to my account (line #3 below), whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00 (if I am in the custody of the NDOC, I hereby authorize the NDOC to make such deductions from deposits to my account, and I further understand that if I have a prison job, then the 20% of my paycheck that is guaranteed to me as spendable money will be sent to the court for payment of the filing fee); and

(c) I must continue to make installment payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement. The $50 administrative fee will be waived only if I am granted permission to proceed *in forma pauperis*.

Type of action (check one): ✓ civil rights    ____ habeas corpus

Maurice Holmes
INMATE NAME (printed)

mur h— 03389506
SIGNATURE & PRISON NUMBER

1. CURRENT ACCOUNT BALANCE    11.10

2. AVERAGE MONTHLY BALANCE*    58.58

3. AVERAGE MONTHLY DEPOSITS*    75.99

4. FILING FEE (based on #1, #2 or #3, whichever is greater)    _____

* for the past six (6) months, from all sources, including amount in any savings account that is in excess of minimum amount that must be maintained

I hereby certify that as of this date, the above financial information is accurate for the above named inmate.
(Please sign in ink in a)
(color other than black.)

_____
AUTHORIZED OFFICER

12-23-22
DATE

Account Clerk
TITLE

4

# NEVADA SOUTHERN DETENTION CENTER
## INMATE ACCOUNT SUMMARY 06/23/2022 to 12/23/2022

Print Date: 12/23/2022  11:15:20AM

| INMATE | HOLMES, MAURICE DARNELL |
|---|---|
| AGENCY #: | 03389506 |
| PERM #: | 5918311 |
| HOUSING: | G4/G4/011/B |

### INMATE FUND

| Transaction Date/Time | Transaction | Deposit Amount | Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 06/23/22 08:22 | CHECK | $126.95 | | | | 4039370526B1 US Dept Treasury BOP | $180.60 | 22490454 | |
| 06/23/22 09:27 | REGULAR COMMISSARY PURCHASE | | -$20.00 | | | | $160.60 | 22491381 | |
| 06/27/22 06:21 | WESTERN UNION INTERFACE-AUTO ENTERE | $150.00 | | | | | $310.60 | 22504923 | |
| 06/27/22 09:56 | REGULAR COMMISSARY PURCHASE | | -$127.10 | | | 58773422172 SHANICE JELEA FOUNTAIN | $183.50 | 22510945 | |
| 06/29/22 08:06 | REGULAR COMMISSARY PURCHASE | | -$30.00 | | | | $153.50 | 22523985 | |
| 06/30/22 07:45 | REGULAR COMMISSARY PURCHASE | | -$20.00 | | | | $133.50 | 22528433 | |
| 07/05/22 07:38 | REGULAR COMMISSARY PURCHASE | | -$30.00 | | | | $103.50 | 22549654 | |
| 07/05/22 07:53 | REGULAR COMMISSARY PURCHASE | | -$94.80 | | | | $8.70 | 22550033 | |
| 07/06/22 07:52 | REGULAR COMMISSARY PURCHASE | | -$8.00 | | | | $0.70 | 22559491 | |
| 07/11/22 05:54 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | | | | 8374B829472 SHANICE JELEA FOUNTAIN | $100.70 | 22585931 | |
| 07/11/22 08:04 | REGULAR COMMISSARY PURCHASE | | -$15.00 | | | | $85.70 | 22589781 | |
| 07/12/22 09:32 | REGULAR COMMISSARY PURCHASE | | -$76.40 | | | | $9.30 | 22595534 | |
| 07/14/22 05:51 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | | | | 0296932002 SHANICE JELEA FOUNTAIN | $109.30 | 22608691 | |
| 07/15/22 07:26 | REGULAR COMMISSARY PURCHASE | | -$15.00 | | | | $94.30 | 22616887 | |
| 07/18/22 07:51 | REGULAR COMMISSARY PURCHASE | | -$12.00 | | | | $82.30 | 22629158 | |

| INMATE NAME: | HOLMES, MAURICE DARNELL |
|---|---|
| AGENCY #: | 03389506 |
| PERM: | 5918311 |

Page 1 of 7

# NEVADA SOUTHERN DETENTION CENTER
## INMATE ACCOUNT SUMMARY 06/23/2022 to 12/23/2022

Print Date: 12/23/2022  11:15:20AM

**INMATE:** HOLMES, MAURICE DARNELL
**AGENCY #:** 03389506
**PERM #:** 5918311
**HOUSING:** G4/G4/011/B

| Transaction Date/Time | Transaction | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 07/19/22 10:07 | REGULAR COMMISSARY PURCHASE | -$77.85 | -$77.85 | | | $4.45 | 22637079 | |
| 07/21/22 05:59 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | $100.00 | | 7956658272 SHANICE JELEA FOUNTAIN | $104.45 | 22648845 | |
| 07/21/22 07:27 | REGULAR COMMISSARY PURCHASE | -$25.00 | -$25.00 | | | $79.45 | 22649659 | |
| 07/25/22 08:30 | REGULAR COMMISSARY PURCHASE | -$35.00 | -$35.00 | | | $44.45 | 22668434 | |
| 07/26/22 07:10 | REGULAR COMMISSARY PURCHASE | -$36.55 | -$36.55 | | | $7.90 | 22677744 | |
| 08/02/22 06:26 | REGULAR COMMISSARY PURCHASE | -$95.60 | -$95.60 | | | $12.30 | 22719100 | |
| 08/02/22 10:01 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | $100.00 | | 33916674722 SHANICE JELEA FOUNTAIN | $107.90 | 22716113 | |
| 08/08/22 14:47 | REGULAR COMMISSARY PURCHASE | -$8.95 | -$8.95 | | | $3.35 | 22756608 | 91149022007897489877 42 |
| 08/09/22 06:08 | CR - POSTAGE | -$0.50 | | $0.50 | Shanice Fountain | | | |
| 08/09/22 06:08 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | $100.00 | | 0923532825 SHANICE JELEA FOUNTAIN | $103.35 | 22758568 | |
| 08/09/22 09:08 | REGULAR COMMISSARY PURCHASE | -$93.40 | -$93.40 | | | $9.95 | 22761560 | |
| 08/15/22 07:52 | REGULAR COMMISSARY PURCHASE | -$9.00 | -$9.00 | | | $0.95 | 22796709 | |
| 08/16/22 07:54 | REGULAR COMMISSARY PURCHASE | -$0.50 | -$0.50 | | | $0.45 | 22806446 | |
| 08/23/22 05:56 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | $100.00 | | 2330306082 SHANICE JELEA FOUNTAIN | $100.45 | 22849861 | |
| 08/23/22 10:37 | REGULAR COMMISSARY PURCHASE | -$93.05 | -$93.05 | | | $7.40 | 22854047 | |
| 08/25/22 07:35 | REGULAR COMMISSARY PURCHASE | -$7.00 | -$7.00 | | | $0.40 | 22864011 | |
| 08/30/22 05:48 | WESTERN UNION INTERFACE-AUTO ENTERE | $140.00 | $140.00 | | 0594397002 SHANICE JELEA FOUNTAIN | $140.40 | 22891989 | |

**INMATE NAME:** HOLMES, MAURICE DARNELL
**AGENCY #:** 03389506
**PERM:** 5918311

**NEVADA SOUTHERN DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/23/2022 to 12/23/2022**

Print Date: 12/23/2022  11:15:20AM

INMATE: HOLMES, MAURICE DARNELL
AGENCY #: 03389506
PERM #: 5918311
HOUSING: G4/G4/011/B

| Transaction Date/Time | Transaction | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 08/31/22 07:28 | REGULAR COMMISSARY PURCHASE | -$30.00 | -$30.00 | | | $110.40 | 22898506 | |
| 09/01/22 08:10 | REGULAR COMMISSARY PURCHASE | -$81.20 | -$81.20 | | | $29.20 | 22904769 | |
| 09/06/22 06:11 | WESTERN UNION INTERFACE-AUTO ENTERE | $90.00 | $90.00 | | 5395832622 | $119.20 | 22928124 | |
| 09/06/22 07:42 | REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | $99.20 | 22931094 | |
| 09/06/22 08:58 | REGULAR COMMISSARY PURCHASE | -$90.05 | -$90.05 | | | $9.15 | 22932780 | |
| 09/08/22 07:37 | REGULAR COMMISSARY PURCHASE | -$9.00 | -$9.00 | | | $0.15 | 22948844 | |
| 09/12/22 06:40 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | $100.00 | | 9874687220 | $100.15 | 22967175 | |
| 09/13/22 07:55 | REGULAR COMMISSARY PURCHASE | -$89.45 | -$89.45 | | | $10.70 | 22978957 | |
| 09/15/22 08:07 | REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | $0.70 | 22993752 | |
| 09/16/22 13:43 | JOB PAY - NONREIMBURSABLE | $5.95 | $5.95 | | N/A | $6.65 | 23004493 | 91322 |
| 09/19/22 05:53 | WESTERN UNION INTERFACE-AUTO ENTERE | $89.00 | $89.00 | | 7682968314 | $95.65 | 23009730 | |
| 09/20/22 09:09 | REGULAR COMMISSARY PURCHASE | -$89.20 | -$89.20 | | | $6.45 | 23024687 | |
| 09/22/22 14:19 | JOB PAY - NONREIMBURSABLE | $5.95 | $5.95 | | N/A | $12.40 | 23039074 | 92022 |
| 09/23/22 07:39 | REGULAR COMMISSARY PURCHASE | -$6.00 | -$6.00 | | | $6.40 | 23042071 | |
| 09/26/22 05:53 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | $100.00 | | 9758921963 | $106.40 | 23051138 | |
| 09/26/22 09:00 | REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | $96.40 | 23055811 | |

INMATE NAME: HOLMES, MAURICE DARNELL
AGENCY #: 03389506
PERM #: 5918311

Page 3 of 7

**NEVADA SOUTHERN DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/23/2022 to 12/23/2022**

Print Date: 12/23/2022  11:15:20AM

INMATE: HOLMES, MAURICE DARNELL
AGENCY #: 03389506
PERM #: 5918311
HOUSING: G4/G4/011/B

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 09/27/22 06:34 | $69.00 | $69.00 | | | 09420048062 | | $165.40 | 23063610 | |
| WESTERN UNION INTERFACE-AUTO ENTERE | | | | | | KYARA THOMAS | | | |
| 09/27/22 07:14 | -$59.45 | -$59.45 | | | | | $105.95 | 23064203 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 09/28/22 07:51 | -$15.00 | -$15.00 | | | | | $90.95 | 23070671 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 09/30/22 10:06 | -$15.00 | -$15.00 | | | | | $75.95 | 23084933 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 10/03/22 09:10 | $5.95 | $5.95 | | | N/A | F4 | $81.90 | 23096644 | |
| JOB PAY - NONREIMBURSABLE | | | | | | | | | |
| 10/04/22 05:45 | $100.00 | $100.00 | | | 9706066574 | | $181.90 | 23105672 | |
| WESTERN UNION INTERFACE-AUTO ENTERE | | | | | | SHANICE JELEA FOUNTAIN | | | |
| 10/04/22 08:10 | -$124.25 | -$124.25 | | | | | $57.65 | 23107757 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 10/06/22 07:55 | -$25.00 | -$25.00 | | | | | $32.65 | 23120698 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 10/06/22 12:00 | $5.95 | $5.95 | | | N/A | F4 | $38.60 | 23123136 | 100422 |
| JOB PAY - NONREIMBURSABLE | | | | | | | | | |
| 10/10/22 06:13 | $100.00 | $100.00 | | | 47197439482 | | $138.60 | 23139728 | |
| WESTERN UNION INTERFACE-AUTO ENTERE | | | | | | SHANICE JELEA FOUNTAIN | | | |
| 10/10/22 08:04 | -$25.00 | -$25.00 | | | | | $113.60 | 23142779 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 10/11/22 09:00 | -$91.55 | -$91.55 | | | | | $22.05 | 23153316 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 10/12/22 08:46 | -$15.00 | -$15.00 | | | | | $7.05 | 23159664 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 10/13/22 14:17 | $10.15 | $10.15 | | | N/A | F4 | $17.20 | 23168932 | 101122 |
| JOB PAY - NONREIMBURSABLE | | | | | | | | | |
| 10/17/22 05:47 | $100.00 | $100.00 | | | 98265409032 | | $117.20 | 23182081 | |
| WESTERN UNION INTERFACE-AUTO ENTERE | | | | | | SHANICE JELEA FOUNTAIN | | | |
| 10/17/22 08:03 | -$10.00 | -$10.00 | | | | | $107.20 | 23185725 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |

INMATE NAME: HOLMES, MAURICE DARNELL
AGENCY #: 03389506
PERM: 5918311

**NEVADA SOUTHERN DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/23/2022 to 12/23/2022**

Print Date: 12/23/2022  11:15:20AM

INMATE: HOLMES, MAURICE DARNELL
AGENCY #: 03389506
PERM #: 5918311
HOUSING: G4/G4/011/B

| Transaction Date/Time | Transaction | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 10/18/22 08:27 | REGULAR COMMISSARY PURCHASE | -$98.60 | | | | $8.60 | 23196375 | |
| 10/19/22 07:54 | REGULAR COMMISSARY PURCHASE | -$8.00 | | | | $0.60 | 23203312 | |
| 10/24/22 13:34 | JOB PAY - NONREIMBURSABLE | $10.15 | | | N/A | $10.75 | 23235998 | 101822 |
| 10/25/22 05:54 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | | | 5242026262652 | $110.75 | 23238256 | F4 |
| 10/25/22 09:05 | REGULAR COMMISSARY PURCHASE | -$83.10 | | | SHANICE JELEA FOUNTAIN | $27.65 | 23240325 | |
| 10/26/22 08:33 | REGULAR COMMISSARY PURCHASE | -$15.00 | | | | $12.65 | 23246003 | |
| 10/31/22 08:09 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | | | 8028816662 | $112.65 | 23267004 | |
| 10/31/22 08:21 | REGULAR COMMISSARY PURCHASE | -$15.00 | | | SHANICE JELEA FOUNTAIN | $97.65 | 23267395 | |
| 11/01/22 08:59 | REGULAR COMMISSARY PURCHASE | -$80.35 | | | | $17.30 | 23281277 | |
| 11/02/22 08:00 | REGULAR COMMISSARY PURCHASE | -$10.00 | | | | $7.30 | 23290160 | |
| 11/04/22 06:20 | WESTERN UNION INTERFACE-AUTO ENTERE | $50.00 | | | 0029316282 | $57.30 | 23302641 | |
| 11/07/22 08:06 | REGULAR COMMISSARY PURCHASE | -$10.00 | | | TAYLOR VALDEZ | $47.30 | 23319136 | |
| 11/08/22 06:02 | WESTERN UNION INTERFACE-AUTO ENTERE | $68.00 | | | 959301622102 | $115.30 | 23328599 | |
| 11/08/22 09:28 | REGULAR COMMISSARY PURCHASE | -$81.95 | | | SHANICE JELEA FOUNTAIN | $33.35 | 23331454 | |
| 11/09/22 07:55 | REGULAR COMMISSARY PURCHASE | -$15.00 | | | | $18.35 | 23336881 | |
| 11/10/22 07:55 | REGULAR COMMISSARY PURCHASE | -$10.00 | | | | $8.35 | 23344525 | |

INMATE NAME: HOLMES, MAURICE DARNELL
AGENCY #: 03389506
PERM #: 5918311

# NEVADA SOUTHERN DETENTION CENTER
## INMATE ACCOUNT SUMMARY 06/23/2022 to 12/23/2022

Print Date: 12/23/2022 11:15:20AM

**INMATE:** HOLMES, MAURICE DARNELL
**AGENCY #:** 03389506
**PERM #:** 5918311
**HOUSING:** G4/G4/011/B

| Transaction Date/Time | Transaction | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 11/14/22 08:09 | REGULAR COMMISSARY PURCHASE | -$8.00 | | | | $0.35 | 23362311 | |
| 11/15/22 05:29 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | | | 7945807912 | $100.35 | 23371894 | SHANICE JELEA FOUNTAIN |
| 11/15/22 08:12 | REGULAR COMMISSARY PURCHASE | -$90.35 | | | | $10.00 | 23374430 | |
| 11/17/22 08:06 | REGULAR COMMISSARY PURCHASE | -$10.00 | | | | $0.00 | 23388379 | |
| 11/18/22 15:06 | JOB PAY - NONREIMBURSABLE | $14.00 | | | N/A | $14.00 | 23398635 | |
| 11/21/22 05:39 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | | | 9476195952 | $114.00 | 23404446 | SHANICE JELEA FOUNTAIN |
| 11/21/22 09:05 | REGULAR COMMISSARY PURCHASE | -$85.85 | | | | $28.15 | 23410018 | |
| 11/23/22 07:49 | REGULAR COMMISSARY PURCHASE | -$28.00 | | | | $0.15 | 23426924 | |
| 11/23/22 14:21 | JOB PAY - NONREIMBURSABLE | $14.00 | | | N/A | $14.15 | 23429936 | 112222 |
| 11/28/22 07:14 | REGULAR COMMISSARY PURCHASE | -$10.00 | | | | $4.15 | 23442172 | |
| 11/28/22 08:57 | REGULAR COMMISSARY PURCHASE | -$4.00 | | | | $0.15 | 23444704 | |
| 12/02/22 14:41 | JOB PAY - NONREIMBURSABLE | $14.00 | | | N/A | $14.15 | 23480487 | 112922 |
| 12/05/22 08:17 | REGULAR COMMISSARY PURCHASE | -$14.00 | | | | $0.15 | 23490455 | |
| 12/09/22 13:50 | JOB PAY - NONREIMBURSABLE | $14.00 | | | N/A | $14.15 | 23529988 | 120622 |
| 12/12/22 07:50 | REGULAR COMMISSARY PURCHASE | -$14.00 | | | | $0.15 | 23540084 | |
| 12/15/22 05:26 | WESTERN UNION INTERFACE-AUTO ENTERE | $100.00 | | | 6881141533342 | $100.15 | 23560908 | SHANICE JELEA FOUNTAIN |

**INMATE NAME:** HOLMES, MAURICE DARNELL
**AGENCY #:** 03389506
**PERM:** 5918311

**NEVADA SOUTHERN DETENTION CENTER**
**INMATE ACCOUNT SUMMARY 06/23/2022 to 12/23/2022**

Print Date: 12/23/2022 11:15:20AM

| INMATE | HOLMES, MAURICE DARNELL |
|---|---|
| AGENCY #: | 03389506 |
| PERM #: | 5918311 |
| HOUSING: | G4/G4/011/B |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 12/16/22 13:24 | $14.00 | $14.00 | | N/A | | $114.15 | 23572952 | |
| JOB PAY - NONREIMBURSABLE | | | | | | | | 121322 |
| 12/20/22 08:01 | -$106.25 | -$106.25 | | | HALL | $7.90 | 23597810 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 12/21/22 13:34 | -$7.00 | -$7.00 | | | | $0.90 | 23606413 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |
| 12/22/22 10:15 | $14.00 | $14.00 | | N/A | | $14.90 | 23611348 | |
| JOB PAY - NONREIMBURSABLE | | | | | | | | 122022 |
| 12/23/22 09:13 | -$3.80 | -$3.80 | | | HALL | $11.10 | 23616379 | |
| CR - COPIES | | | | | | | | Legal |

**CURRENT ACCOUNT BALANCES**

| ACCOUNT | BALANCE |
|---|---|
| INMATE FUND | $11.10 |
| INMATE ESCROW FUND | $0.00 |
| **Total Balance:** | **$11.10** |

*Deposit 5.70*

*bal 9.79*
*$29.79*

| INMATE NAME: | HOLMES, MAURICE DARNELL |
|---|---|
| AGENCY #: | 03389506 |
| PERM: | 5918311 |

Page 7 of 7