AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Maurice Holmes,

                                                    JUDGMENT IN A CIVIL CASE

                          Plaintiff,

        v.                                          Case Number: 2:23-cv-00024-MMD-DJA

Laboratory Corporation of America et al.,

                          Defendants.

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendants and against Plaintiff.
IT IS FURTHER ORDERED that this action is dismissed without prejudice. If Plaintiff wishes to pursue his claims, he must do so in a new case.
Case closed.

11/20/2023
_____                              ___DEBRA K. KEMPI___
Date                                          Clerk


                                              ___/s/ R. Gador___
                                              Deputy Clerk